**JS-6 / REMAND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER MCGRAW, an Individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JLW SUBWAY 32883, LLC, a California company; DOCTOR'S ASSOCIATES, INC., a Florida corporation; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO.: CV 16-1879-DMG (AGRx)<br><br>**ORDER DISMISSING PLAINTIFF'S NINTH CAUSE OF ACTION FOR UNPAID WAGES UNDER 29 U.S.C. § 207 AND REMANDING THE CASE TO STATE COURT [14]** |

1

ORDER RE PARTIES' STIPULAITON DISMISSING PLAINTIFF'S NINTH CAUSE OF ACTION FOR UNPAID WAGES UNDER 29 U.S.C. § 207 AND REMANDING THE CASE TO STATE COURT
[*McGraw v. Subway, Inc., et al.*]

In accordance with the parties' stipulation to dismiss the ninth cause of action for unpaid wages under 29 U.S.C. § 207 against defendants which thereby eliminated the sole basis for federal subject matter jurisdiction, and good cause appearing therefor,

IT IS ORDERED that this action is REMANDED to the Los Angeles County Superior Court.   It is further ordered that JLW Subway 32883, LLC shall have thirty (30) days from the date of this order to file a responsive pleading to the complaint. It is further ordered that Plaintiff will dismiss Defendant Doctor's Associates, Inc. ("DAI"), without prejudice.

DATED:  April 25, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**ORDER REGARDING PARTIES' STIPULAITON TO DIMISS PLAINTIFF'S NINTH CAUSE OF ACTION FOR UNPAID WAGES UNDER 29 U.S.C. § 207 AND TO REMAND CASE TO STATE COURT**
[*McGraw v. Subway, Inc., Inc., et al.*]